**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Taufeeq SADAT, Respondent.**

Supreme Court of Pennsylvania.

Dec. 30, 1999.

*ORDER*

PER CURIAM.

**AND NOW**, this 30th day of December, 1999, the Petition for Allowance of Appeal is granted. The Order of the Superior Court is affirmed insofar as it granted the Commonwealth's motion to quash the appeal. In all other respects, the Order of the Superior Court is vacated. See *Commonwealth v. Lantzy*, 558 Pa. 214, 736 A.2d 564 (1999).

---

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**James REESE, a/k/a Medford Taylor, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 5, 2000.

*ORDER*

PER CURIAM:

**AND NOW**, this 5th day of January, 2000, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Superior Court is VACATED, and the matter is REMANDED for further proceedings consistent with *Commonwealth v. Lantzy*, 558 Pa. 214, 736 A.2d 564 (1999).